UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England, Jr.       **Jit KAUR**
Chief United States District Judge        **Docket Number:  0972 2:13CR00006-01**
Sacramento, California                    **<u>PERMISSION TO TRAVEL</u>**
                                          **<u>OUTSIDE THE COUNTRY</u>**


Your Honor:


Ms. Jit Kaur is requesting permission to travel to Vancouver, Canada, to attend the wedding of her son.  She provided the Probation Officer with a letter from the Consulate General of Canada, granting her a temporary resident permit, which will expire November 8, 2015.  Ms. Kaur is current with all supervision obligations, and has paid her special assessment and restitution in full.  She is retired and receives Social Security benefits.  The Probation Officer recommends approval be granted.


**Conviction and Sentencing Date:**  On May 22, 2014, Ms. Kaur was sentenced for the offense of 18 USC 1341 – Mail Fraud (CLASS C FELONY).


**Sentence Imposed:**  36 months Probation; Firearms restrictions; DNA collection; a $100 special assessment, and Restitution of $69,951.71.


**Dates and Mode of Travel:**  Ms. Kaur will fly to Canada with her husband on November 4, 2015, returning November 7, 2015.


**Purpose:**  Ms. Kaur will attend the wedding of her son in Canada.


1

RE:   **Jit KAUR**
       **Docket Number:  0972 2:13CR00006-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

**/s/Julie A. Fowler**

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:     October 27, 2015
           Roseville, California
           /jaf

                              /s/ Michael A. Sipe
**REVIEWED BY:**      **MICHAEL A. SIPE**
                      **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

**October 27, 2015**
**Date**                                    Troy L. Nunley
                                            United States District Judge

2